UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CLERK, U.S. BANKRUPTCY
COURT. TAMPA FLORIDA

In Re: Robert Dodge            )    Case No. 6:08-bk-07991-ABB
       Jeanine Dodge           )
                               )
                               )
                               )
Debtor(s)                      )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a __X__ creditor____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: __Money Loaned__

---

Name of Claimant: __Yale Mortgage Corporation__

Mailing Address: __4100 NE 2nd Ave., Suite 206__

City: __Miami__          State: __FL__    Zip Code: __33137__

Telephone Number: Home: __n/a__          Work: __305-532-1400__

Last Four Digits of SS# or Tax ID Number: __650367752__

Amount of Claim: __$3,131.20__

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____          June 29, 2010
CLAIMANT'S SIGNATURE                    DATE

Philip Gross, SVP
Yale Mortgage Corp.

# MINUTES OF ANNUAL MEETING OF BOARD OF DIRECTOR OR YALE MORTGAGE CORPORATION

The annual meeting of the Board of Directors of Yale Mortgage Corporation was held at the location of 4100 NE 2nd Avenue, Suite 206, Miami, FL 33137, January 15, 2010, for the purpose of electing the Directors of the Corporation, and the transaction of the following business:

The Chairperson, Gilbert "Woody" Kahn, chaired the meeting, and the Recorder of the Minutes ("ROM"), Steven Chaby, served as Secretary of the meeting.

The following Shareholders were present, constituting a quorum:

Robert Balogh
Mark Rubin
G. Woody Kahn
Philip Gross

The meeting was called to order by the Chairperson.

The ROM reported that notice of the meeting had been properly given or waived by each Director in accordance with the Bylaws. Upon a motion made, seconded, and approved, the Secretary was directed to attach to the minutes the appropriate notice of meeting and affidavit, or waiver of notice, to these minutes.

The ROM was then directed to file the copy of the notice of the meeting and was also directed to keep the record of the meeting.

The ROM then read a list of the names of each Shareholder and numbers of shares they held then announced that the following Shareholders were present in person or by proxy:

| Shareholder | Number of Shares | In Person | By Proxy |
|---|---|---|---|
| Robert Balogh | 342.50 | YES | |
| Mark Rubin | 347.50 | YES | |
| G. Woody Kahn | 235.00 | YES | |
| Philip Gross | 65.00 | YES | |

The Chairman stated that a majority of the total number of issued and outstanding shares were represented and that quorum was present.

The ROM was then directed to file all proxies with the minutes of the meeting. The Shareholder records of the Corporation were produced and remained open and available for inspection throughout the entire course of the meeting.

The ROM distributed the copies of the minutes of the last Shareholders meeting, which was held on March 23, 2009. Upon motion made, seconded, and carried, the minutes were approved.

The next item of business was the nomination and election of a Board of Directors to serve for the following year.

1

The following persons were nominated and in accordance with the Bylaws of this Corporation, the shareholders voted for them to serve as Directors of this Corporation for the term of one year.

Robert Balogh
Mark Rubin
G. Woody Kahn
Philip Gross
Steven Chaby

The following persons were nominated and in accordance with the Bylaws of this Corporation, the shareholders voted for them to serve as Officers of this Corporation for the term of one year.

| | |
|---|---|
| G. Woody Kahn | Chief Executive Officer |
| Philip Gross | Senior Vice President |
| Steven Chaby | Chief Financial Officer |

On motions, duly made, seconded, and agreed to by an affirmative vote of the present Shareholders, the following resolutions were adopted:

The Senior Vice President and Chief Executive Officer are authorized to have the power to authorize the release of funds for the corporation.

With no further business before the meeting, and upon a motion duly made, seconded, and carried, the meeting was adjourned.

Dated: January 15, 2010

Secretary: _____
Philip Gross

I certify that this is a true and correct copy of the minutes originally signed on January 15, 2010

Secretary: _____  6/25/2010
Philip Gross                        Date

2



June 21, 2010

## Owners and Encumbrances Report

RE: 135 Hays Drive, Sanford, Fl 32771

In regards to the above referenced property, I have identified the following items disclosed in the public records:

- Property Owner: Robert L. Dodge, a married man joined by his spouse Jeanine Dodge

- Acquired property via Warranty Deed recorded December 4, 1998 in Official Records Book 3547, Page 1161 of the Public Records of Seminole County, Florida.

- Legal description is as follows: Lot 10, Block A, COUNTRY CLUB MANOR UNIT 3, according to the plat thereof, as recorded in Plat Book 12 Page 75 of the Public Records of Seminole County, Florida.

- Tax Folio is 35-19-30-522-0A00-0100 and taxes for the year 2009 are delinquent and currently due in the amount of $703.20.

- Current outstanding mortgages of record are as follows:

    - Mortgage executed by Robert L. Dodge and Jeanine Dodge, his wife in favor of Yale Mortgage recorded November 21, 2006 in Official Records Book 6491, Page 176 of the Public Records of Seminole County, Florida, in the original principal amount of $103,000.00 and assigned to Ocean Bank recorded November 21, 2006 in Official Records Book 6491, Page 184 of the Public Records of Seminole County, Florida.
    - Lis Pendens by Yale Mortgage of record with last notice recorded January 29, 2010 in Official Records Book 7327 Page 591 of the public records of Seminole County, Florida.

This O & E pencil search was examined and prepared by Patrick Lombard of Title & Abstract Services, Inc.

Truly yours,


Patrick Lombard

## PARCEL DETAIL

DAVID JOHNSON, CFA, ASA
**PROPERTY APPRAISER**
SEMINOLE COUNTY FL.
1101 E. FIRST ST
SANFORD, FL 32771-1468
407-665-7506

### GENERAL

- **Parcel Id:** 35-19-30-522-0A00-0100
- **Owner:** DODGE ROBERT L
- **Mailing Address:** 135 HAYS DR
- **City,State,ZipCode:** SANFORD FL 32771
- **Property Address:** 135 HAYS DR SANFORD 32773
- **Subdivision Name:** COUNTRY CLUB MANOR UNIT 3
- **Tax District:** S1-SANFORD
- **Exemptions:** 00-HOMESTEAD (1999)
- **Dor:** 01-SINGLE FAMILY

### VALUE SUMMARY

| VALUES | 2010 Working | 2009 Certified |
|---|---|---|
| Value Method | Cost/Market | Cost/Market |
| Number of Buildings | 1 | 1 |
| Depreciated Bldg Value | $58,927 | $70,389 |
| Depreciated EXFT Value | $0 | $0 |
| Land Value (Market) | $12,000 | $18,000 |
| Land Value Ag | $0 | $0 |
| Just/Market Value | $70,927 | $88,389 |
| Portability Adj | $0 | $0 |
| Save Our Homes Adj | $4,297 | $23,511 |
| Assessed Value (SOH) | $66,630 | $84,878 |

Tax Estimator
Portability Calculator

### 2010 TAXABLE VALUE WORKING ESTIMATE

| Taxing Authority | Assessment Value | Exempt Values | Taxable Value |
|---|---|---|---|
| County General Fund | $66,630 | $41,630 | $25,000 |
| Schools | $66,630 | $25,000 | $41,630 |
| City Sanford | $66,630 | $41,630 | $25,000 |
| SJWM(Saint Johns Water Management) | $66,630 | $41,630 | $25,000 |
| County Bonds | $66,630 | $41,630 | $25,000 |

Potential Portability Amount is $4,297
The taxable values and taxes are calculated using the current years working values and the prior years approved millage rates.

### SALES

| Deed | Date | Book | Page | Amount | Vac/Imp | Qualified |
|---|---|---|---|---|---|---|
| WARRANTY DEED | 11/1998 | 03547 | 1161 | $66,000 | Improved | Yes |
| SPECIAL WARRANTY DEED | 04/1998 | 03410 | 0437 | $31,100 | Improved | No |
| WARRANTY DEED | 10/1997 | 03345 | 0746 | $100 | Improved | No |
| CERTIFICATE OF TITLE | 10/1997 | 03313 | 1970 | $100 | Improved | No |
| WARRANTY DEED | 06/1991 | 02308 | 1239 | $55,000 | Improved | Yes |
| CERTIFICATE OF TITLE | 12/1986 | 01799 | 1470 | $100 | Improved | No |
| WARRANTY DEED | 08/1985 | 01699 | 0713 | $100 | Improved | No |
| QUIT CLAIM DEED | 06/1984 | 01554 | 0643 | $45,000 | Improved | No |
| WARRANTY DEED | 03/1984 | 01535 | 0197 | $47,500 | Improved | Yes |
| QUIT CLAIM DEED | 02/1982 | 01378 | 1365 | $100 | Improved | No |

Find Comparable Sales within this Subdivision

### 2009 VALUE SUMMARY

- Tax Amount (without SOH): $942
- 2009 Tax Bill Amount: $603
- Save Our Homes (SOH) Savings: $339

2009 Certified Taxable Value and Taxes
DOES NOT INCLUDE NON-AD VALOREM ASSESSMENTS

### LAND

| Land Assess Method | Frontage | Depth | Land Units | Unit Price | Land Value |
|---|---|---|---|---|---|
| LOT | 0 | 0 | 1.000 | 12,000.00 | $12,000 |

### LEGAL DESCRIPTION

PLATS: Pick...
LEG LOT 10 BLK A COUNTRY CLUB MANOR UNIT 3 PB 12 PG 75

### BUILDING INFORMATION

| Bld Num | Bld Type | Year Blt | Fixtures | Base SF | Gross SF | Living SF | Ext Wall | Bld Value | Est. Cost New |
|---|---|---|---|---|---|---|---|---|---|
| Building Sketch 1 | SINGLE FAMILY | 1960 | 5 | 972 | 1,434 | 1,262 | EW CONCRETE BLOCK | $58,927 | $84,181 |

| | |
|---|---|
| Appendage / Sqft | UTILITY FINISHED / 70 |
| Appendage / Sqft | ENCLOSED PORCH FINISHED / 290 |
| Appendage / Sqft | OPEN PORCH FINISHED / 102 |

NOTE: Appendage Codes included in Living Area: Base, Upper Story Base, Upper Story Finished, Apartment, Enclosed Porch Finished, Base Semi Finshed

### Permits

NOTE: Assessed values shown are NOT certified values and therefore are subject to change before being finalized for ad valorem tax purposes.
\*\*\* If you recently purchased a homesteaded property your next year's property tax will be based on Just/Market value.

## **TAXES UNPAID - TAX CERTIFICATE ISSUED**

What are Certified Funds?

| | | |
|---|---|---|
| **Parcel:** | 35-19-30-522-0A00-0100 | **Owner & Mailing Address:** DODGE ROBERT L |
| **Tax Year:** | 2009 | 135 HAYS DR SANFORD FL 32771 4114 |
| **Tax Bill #:** | 016106 | **Property Address:** 135 HAYS DR |
| **Non-School Assessed Value:** | $64,878 | **Legal Description:** |
| | | LEG LOT 10 BLK A COUNTRY CLUB MANOR |
| **School Assessed Value:** | $64,878 | UNIT 3 PB 12 PG 75 |
| **Gross Tax Amount:** | $602.64 | |
| **Millage Code:** | S1 SANFORD | |
| **Exemptions Granted:** | YES | |
| **Homestead:** | YES | |
| **Additional Exemptions:** | YES | |
| **Non-Ad Valorem Assessments:** | *NONE* | |

**Current Tax:** TAXES UNPAID - A TAX CERTIFICATE WAS ISSUED ON 06-01-10 . PLEASE SEE UNPAID DELINQUENT TAXES* SECTION BELOW FOR AMOUNT DUE. CERTIFIED FUNDS ONLY.

What are Certified Funds?

Other Comments:

Prior Years Unpaid Delinquent Taxes:

| Year | Cert # | Current Payoff | *If Received By: | Next Payoff | *If Received By: | Next Payoff | *If Received By: |
|---|---|---|---|---|---|---|---|
| 2009 | 2010 1163 | $703.20 | 06-30-2010 | $703.20 | 07-31-2010 | $703.20 | 08-31-2010 |

Prepared By: MARITZA C. GUTIERREZ
Chelsea Title Company
400 E. Semoran Blvd., Suite 108 Casselberry, FL 32707
Incidental to the issuance of a title insurance policy.
File #: 0850*98-1137
Parcel ID #: 35-19-30-512-0A00-0100
Grantor(s) SS #:

OFFICIAL RECORDS
BOOK 3547 PAGE 1161
SEMINOLE CO. FL.

MARYANNE MORSE
CLERK OF CIRCUIT COURT
298604

# WARRANTY DEED
## (INDIVIDUAL)

This WARRANTY DEED, dated 11/24/1998 by
MANSOUR KOCHAK, A Single Man

whose post office address is
P.O. Box 161452, Altamonte Springs, FL 32716

hereinafter called the GRANTOR, to
ROBERT L. DODGE, A Single Man

whose post office address is
135 HAYS DRIVE SANFORD, FL 32771

hereinafter called the GRANTEE:
(Wherever used herein the terms "Grantor" and "Grantee" include all parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH: That the GRANTOR, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the GRANTEE, all that certain land situate in SEMINOLE County, Florida, viz:

Lot 10, Block A, COUNTRY CLUB MANOR, UNIT 3, according to the plat thereof, recorded in Plat Book 12, Page 75 and 76, of the Public Records of Seminole County.

SUBJECT TO covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 1998 and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND THE GRANTOR hereby covenants with said GRANTEE that except as above noted, the GRANTOR is lawfully seized of said land in fee simple; that the GRANTOR has good right and lawful authority to sell and convey said land; that the GRANTOR hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, GRANTOR has signed and sealed these presents the date set forth above.

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES:

Signature _____
Print Name: CYNTHIA NAZARIO

Signature _____
Print Name: KELLY SMITH

MANSOUR KOCHAK

Documentary Stamp Tax Pd. $ _____
$ _____
Maryanne Morse, Clerk, Seminole
County By: _____ D.C.

State of FLORIDA
County of SEMINOLE
I am a notary public of the state of Florida, and my commission expires: 5/15/99
FOREGOING INSTRUMENT was acknowledged before me on 11/24/1998 by

MANSOUR KOCHAK, A Single Man

who is personally known to me or who has produced A drivers license as identification and who DID take an oath.

Notary Seal

Signature: _____
Print Name: CYNTHIA NAZARIO
Notary Public

CYNTHIA NAZARIO
My Commission CC664134
Expires May. 15, 1999
Bonded by ANB
800-852-5878

MARYANNE MORSE, CLERK OF CIRCUIT COURT
SEMINOLE COUNTY.
BK 06491 Pgs 0176 - 183; (8pgs)
CLERK'S # 2006184415
RECORDED 11/21/2006 08:41:04 AM
MTG DOC TAX 360.50
INTANG TAX 206.00
RECORDING FEES 69.50
RECORDED BY B Hayford

THIS INSTRUMENT PREPARED BY:
Jeremy D. Levine, Esq.
LEVINE LAW OFFICES
328 Minorca Avenue
Coral Gables, Florida 33134

## MORTGAGE AND SECURITY AGREEMENT

THIS MORTGAGE AND SECURITY AGREEMENT (hereinafter referred to as the "Mortgage") executed and delivered the 7th day of November, 2006, by ROBERT L. DODGE and JEANINE DODGE, his wife, residing in the State of Florida, hereinafter individually or collectively referred to as the "Mortgagor"), whose mailing address is 135 Hays Drive, Sanford, FL 32771, to YALE MORTGAGE CORPORATION, a Florida corporation whose business address is 4100 NE 2nd Avenue, Suite 206, Miami, FL 33137, hereinafter individually or collectively called "Mortgagee")

WITNESSETH THAT:

FOR DIVERS GOOD AND VALUABLE CONSIDERATIONS and also in consideration of the aggregate sum named in the promissory note or notes of even date herewith (hereinafter referred to as the "Note"), the Mortgagor does grant, bargain, sell, alien, remise, release, convey and Mortgage unto the Mortgagee, in fee simple, of that certain property which the Mortgagor is now seized and possessed and in actual possession, situate in Seminole County, State of Florida, legally described as follows:

Lot 10, Block A, COUNTRY CLUB MANOR, UNIT 3, according to the Plat thereof, as recorded in Plat Book 12, Page 75, of the Public Records of Seminole County, Florida.

TOGETHER WITH all structures and improvements now and hereafter located thereon, the rents, issues and profits thereof, all furniture, furnishings, fixtures and equipment now located thereon, and also all gas and electric fixtures, heaters, air conditioning, equipment, machinery, fixtures, baths, tubs, sinks, water closets, faucets, pipes and other plumbing and heating fixtures, refrigerators, blinds, and other window treatments, which are now or may hereafter pertain to or be used with, in or on said premises, and which, even though they be detached or detachable, are and shall be deemed to be fixtures and accessions to the freehold and a part of the realty, and all additions thereto and replacements thereof, which real property, improvements and personalty shall hereinafter collectively be referred to as the "Mortgaged Property".

TO HAVE AND TO HOLD the same, together with the tenements and hereditaments and appurtenances, unto the Mortgagee in fee simple, forever.

THIS IS A FIRST MORTGAGE, and the Mortgagor does covenant with the Mortgagee that Mortgagor is indefeasibly seized of the Mortgaged Property in fee simple; that the Mortgagor has full power and lawful right to convey the Mortgaged Property in fee simple as aforesaid; that the Mortgaged Property is free from all encumbrances except as specified herein; that the Mortgagor will make such further assurances to perfect the fee simple title to the Mortgaged Property in the Mortgagee as may reasonably be required; and that the Mortgagor does hereby fully warrant the title to the Mortgaged Property, and will defend the same against the lawful claims of all persons whomsoever.

1

This Instrument Prepared
By and Return to:
Jeremy D. Levine, Esq.
Levine Law Offices
328 Minorca Avenue
Coral Gables, Fl 33134



MARYANNE MORSE, CLERK OF CIRCUIT COURT
SEMINOLE COUNTY
BK 06491 Pg 0184; (1pg)
CLERK'S # 2006184416
RECORDED 11/21/2006 08:41:04 AM
RECORDING FEES 10.00
RECORDED BY B Harford

## COLLATERAL ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: That YALE MORTGAGE CORPORATION, party of the first part, whose mailing address is 4100 NE 2nd Avenue, Suite 206, Miami, FL 33137, in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable consideration, received from or on behalf of OCEAN BANK, party of the second part, whose post office address is 780 N.W. 42 Avenue, Miami, FL. 33126, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto the said party of the second part that certain Mortgage bearing date the 7th day of November, 2006, made by ROBERT L. DODGE and JEANINE DODGE, his wife to YALE MORTGAGE CORPORATION, and recorded concurrently herewith, of the Public Records of Seminole County, Florida upon the following described piece or parcel of land, situate and being in said County and State, to-wit:

Lot 10, Block A, COUNTRY CLUB MANOR, UNIT 3, according to the Plat thereof, as recorded in Plat Book 12, Page 75, of the Public Records of Seminole County, Florida.

This is a collateral assignment to secure payment of obligations of Assignor to Ocean Bank. Documentary Stamps have previously been paid on this note.

Together with the note or obligation described in said mortgage, and the monies due and to become due thereon, with interest from the 7th day of November, 2006.

TO HAVE AND TO HOLD the same unto the said party of the second part, its heirs, legal representatives, successors and assigns forever.

IN WITNESS WHEREOF, the party of the first part has caused these presents to be executed this 7th day of November, 2006.

_____
Witness
_____
PRINT NAME

_____
Witness
_____
PRINT NAME

YALE MORTGAGE CORPORATION

BY: _____
MINDY D. GERSON, Esq., its
Attorney-In-Fact

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 7th day of November, 2006, MINDY D. GERSON, Esq., as its Attorney-In-Fact for YALE MORTGAGE CORPORATION, who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires



Mercedes Tabares
My Commission DD342770
Expires August 01, 2008

IN THE CIRCUIT COURT FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

YALE MORTGAGE CORPORATION,
a Florida corporation,
        Plaintiff,

vs.                              Case No. 07-CA-3306-14-G

ROBERT L. DODGE, JEANINE DODGE,
CAPITAL ONE BANK, a corporation, and
COUNTRY CLUB MANOR CONDOMINIUM
ASSOCIATION, INC.,
        Defendants.
_____/

### FIRST AMENDED NOTICE OF LIS PENDENS

To the above named Defendants and all others whom it may concern:

You are notified of the institution of this action by the above-named Plaintiff against you seeking to foreclose a mortgage on the following property in SEMINOLE County, Florida:

**LEGAL DESCRIPTION:** Lot 10, Block A, COUNTRY CLUB MANOR UNIT 3, according to the plat thereof, recorded in Plat Book 12, Pages 75 and 76, of the Public Records of Seminole County, Florida.
**PROPERTY ADDRESS:** 135 Hays Drive, Sanford, Florida 32771

Dated this _12_ day of January, 2010.

                                              ENGLANDER & FISCHER, P.A.

                                              _____
                                              SIDNEY WERNER, ESQUIRE
                                              SPN 43412 / FBN 203246
                                              ENGLANDER & FISCHER, P.A.
                                              721 1st Avenue North
                                              St. Petersburg, Florida 33701
                                              (727) 898-7210 / (FAX) 898-7218

ENGLANDER AND FISCHER P.A.
ATTORNEYS AT LAW

721 First Avenue North • St. Petersburg, Florida 33701
Post Office Box 1954 • St. Petersburg, FL 33731-1954
Phone (727) 898-7210 • Fax (727) 898-7218